# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ORLANDO MADRID-PAZ,<br><br>  Defendant. | Case No.: 23-cr-1068-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

On September 26, 2023, the Defendant filed an Unopposed Motion to Continue the Motion Hearing/Trial Setting currently set for September 29, 2023 to November 3, 2023. For good cause appearing, the Court GRANTS the unopposed motion to continue [Dkt. 25] and sets the Motion Hearing/Trial Setting on November 3, 2023 at 1:30 p.m.

For the reasons set forth in the unopposed motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. The parties have reached a plea agreement and a change of plea hearing is set for October 5, 2023 before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

1  Further, on June 27, 2023, the Defendant filed a pretrial motion that remains
2  pending. Accordingly, the Court finds that time from June 27, 2023 to November 3, 2023
3  shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.
4  18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 9/27/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE